1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant BEST

FILED

SEP 21 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>         Plaintiff,          )<br>                             )<br>     v.                      )<br>                             )<br> JEREMY BEST,                 )<br>                             )<br>         Defendant.           )<br>_____) | No. CR 11-00414 HRL<br><br>**STIPULATION TO CONTINUE STATUS HEARING;** [~~PROPOSED~~] **ORDER**<br><br>**HONORABLE HOWARD R. LLOYD** |

## STIPULATION

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for, September 22, 2011, to October 18, 2011, at 1:30 p.m. The reason for the stipulation is to allow defense counsel further time to review anticipated additional discovery and complete her investigation.

Dated: September 21, 2011

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: September 21, 2011

```
         /s/
DANIEL KALEBA
Assistant United States Attorney
```

### [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from September 22, 2011, to October 18, 2011, at 1:30 p.m.

Dated: September 21, 2011

```
HONORABLE HOWARD R. LLOYD
United States Magistrate Judge
```